MICHAEL ANDRYISHYN, PLAINTIFF-RESPONDENT, v. BAYONNE BLOCK CO., INC., DEFENDANT-PETITIONER.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for the petitioner.

*Messrs. Warren, Chasan & Leyner* and *Mr. Lewis M. Holland* for the respondent.

June 28, 1960. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARCHIE TUCKER, JR., DEFENDANT-PETITIONER.

*Mr. Italo M. Tarantola* for the petitioner.

*Mr. David D. Furman* and *Mr. William L. Boyan* for the respondent.

June 28, 1960. Denied.